IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**BRANDON ASKEW** **PLAINTIFF**
**ADC #128557**

v. Case No. 2:16-cv-00163-KGB/JTR

**RODNEY FORD, Captain,**
**East Arkansas Regional Unit,** *et al.* **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 6). No objections have been filed. After careful review, the Court concludes that the Recommended Partial Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 6).

It is therefore ordered that:

1. Plaintiff Brandon Askew's claims against each defendant in his or her official capacity are dismissed without prejudice.

2. Mr. Askew's claims against defendants Davis and Jones are dismissed without prejudice.

3. Mr. Askew's inadequate medical care claim against defendant James Munn is dismissed without prejudice.

4. Mr. Askew's retaliation and excessive force claims against all defendants are dismissed without prejudice.

5. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 27th day of June, 2017.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge