# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**BRANDON ASKEW**                                                   **PLAINTIFF**
**ADC #128557**

**v.**                  Case No. 2:16-cv-00163-KGB-JTR

**RODNEY FORD, Captain,**
**East Arkansas Regional Unit,** *et al.*                         **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 69). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in part as this Court's findings in all respects (Dkt. No. 69). The Recommended Disposition recommends dismissing this case with prejudice for failure to prosecute; the Court opts to dismiss the case without prejudice for failure to prosecute at this time.

Accordingly, the Court grants the motion to withdraw as counsel filed by counsel for plaintiff Brandon Askew (Dkt. No. 67), and the Court grants in part defendants' motion to dismiss and second motion to dismiss (Dkt. Nos. 63, 65). The Court dismisses without prejudice Mr. Askew's complaint and amended complaint (Dkt. Nos. 2, 5).

So ordered this 1st day of February, 2019.

                                                           Kristine G. Baker
                                                           United States District Judge