# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**BRANDON ASKEW**                                                       **PLAINTIFF**
**ADC #128557**

v.                 **Case No. 2:16-cv-00163-KGB-JTR**

**RODNEY FORD, Captain,**
**East Arkansas Regional Unit,** *et al.*                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Brandon Askew's complaint and amended complaint are dismissed without prejudice.

So adjudged this 1st day of February, 2019.

                                                        Kristine G. Baker
                                                        United States District Judge